Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTIONS PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST FUND, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES PENSION FUND and INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br> vs. <br><br> FINISHERS CORPORATION OF CALIFORNIA, a Washington corporation, NW FINISHERS CORPORATION, a Washington corporation, CHRIS TROXEL and "JANE DOE" TROXEL, husband and wife and the marital community comprised thereof, <br><br> Defendants. | CAUSE NO.: CV6-1218RSL <br><br> MOTION AND ORDER OF DISMISSAL WITH PREJUDICE <br><br> **NOTE ON MOTION CALENDAR:** <br> **October 26, 2007** |

MOTION & ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C06-1218 RSL - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Plaintiffs Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contributions Pension Trust, Western Washington Apprenticeship And Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union Of Painters & Allied Trades Pension Fund And International Union Of Painters & Allied Trades District Council NO. 5, (Trust Funds), by and through their counsel of record, hereby move the Court to dismiss this action with prejudice against Defendants Finishers Corporation Of California, a Washington corporation, NW Finishers Corporation, a Washington corporation, Chris Troxel and "Jane Doe" Troxel, husband and wife and the marital community comprised thereof, for the reason that Plaintiff Trust Funds' claim against said Defendants Finishers Corporation Of California, a Washington corporation, NW Finishers Corporation, a Washington corporation, Chris Troxel and "Jane Doe" Troxel, husband and wife and the marital community comprised thereof, for the period August through December 2003, March through June 2004 and July through September 2004 has been resolved.

DATED this 2nd day of October, 2007.

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

### ORDER

Pursuant to Plaintiff Trust Funds' Motion, the Clerk is hereby directed to dismiss

MOTION & ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C06-1218 RSL - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contributions Pension Trust, Western Washington Apprenticeship And Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union Of Painters & Allied Trades Pension Fund And International Union Of Painters & Allied Trades District Council No. 5,'s action against Defendants Finishers Corporation Of California, a Washington corporation, NW Finishers Corporation, a Washington corporation, Chris Troxel and "Jane Doe" Troxel, husband and wife and the marital community comprised thereof, in accordance with the following Order.  It is hereby

**ORDERED** that the above-entitled action against Defendants Finishers Corporation Of California, a Washington corporation, NW Finishers Corporation, a Washington corporation, Chris Troxel and "Jane Doe" Troxel, husband and wife and the marital community comprised thereof, shall be and hereby is dismissed with prejudice and without costs to either party.

DATED this 12th day of October, 2007.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Presented by:

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

J:\Data\jmg\Dismissals\Finishers Corp 3410 USDC3 Dismissal Motion & Order.doc

MOTION & ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C06-1218 RSL - PAGE 3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587